**AUDITORIUM CONDITIONING CORPORATION, Appellant, v. WARNER BROTHERS PICTURES, Inc., and Warner Brothers Theatres, Inc., Appellees.**

No. 321.

Circuit Court of Appeals, Second Circuit.

April 6, 1936.

Robert B. Knowles, of New York City (Charles J. Staples and Herman Seid, both of New York City, of counsel), for appellant.

Pennie, Davis, Marvin & Edmonds, of New York City (George E. Middleton and H. Stanley Mansfield, both of New York City, of counsel), for appellees.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree (11 F.Supp. 21) affirmed on opinion below.

---

**D. M. BARDON and Electric Steel Foundry Co., Appellants, v. O. A. WIRKKALA, Appellee.**

No. 8012.

Circuit Court of Appeals, Ninth Circuit.

April 8, 1936.

Richard J. Cook and Tom M. Alderson, Jr., both of Seattle, Wash., for appellant Bardon.

Chas. M. Fryer and A. C. Aurich, both of San Francisco, Cal., for appellant Electric Steel Co.

Herald A. O'Neill and Stewart M. Lombard, both of Seattle, Wash., for appellee.

Before WILBUR, GARRECHT, and HANEY, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for the respective parties, ordered appeal dismissed, without costs to any parties, that a decree of dismissal be filed and entered accordingly, and that the cause be remanded to the District Court, with directions to dismiss the cause there, without costs to any party.

---

**William S. BARKER et al., Appellants, v. C. A. SHEEDY, as Receiver of The Pickwick Corporation, Appellee.**

No. 8174.

Circuit Court of Appeals, Ninth Circuit.

April 16, 1936.

Gibson, Dunn & Crutcher, of Los Angeles, Cal., for appellant.

Chandler, Wright & Ward, of Los Angeles, Cal., for appellee.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed, without costs; mandate forthwith.